902

No. 81–5262.  NASH *v.* WISCONSIN.  Ct. App. Wis.  Certiorari denied.

No. 81–5264.  STAMPS *v.* MISSOURI DEPARTMENT OF CORRECTIONS ET AL.  Sup. Ct. Mo.  Certiorari denied.

No. 81–5265.  HENDERSON *v.* ROCKWELL INTERNATIONAL, INC.  C. A. 3d Cir.  Certiorari denied.

No. 81–5268.  WISCONSIN EX REL. REDDIN *v.* MEEKMA, DODGE COUNTY SHERIFF.  Sup. Ct. Wis.  Certiorari denied.

No. 81–5270.  SMITH *v.* CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 81–5272.  STONE *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 81–5276.  BROOKS *v.* OHIO.  Ct. App. Ohio, Cuyahoga County.  Certiorari denied.

No. 81–5281.  RAGULEN *v.* CITY OF CLEVELAND.  Ct. App. Ohio, Cuyahoga County.  Certiorari denied.

No. 81–5283.  BOZEMAN *v.* MARSHALL.  C. A. 6th Cir.  Certiorari denied.

No. 81–5286.  DICKINSON *v.* UNTREINER, SHERIFF OF ESCAMBIA COUNTY, FLORIDA, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 81–5300.  MASON *v.* REDMAN ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 81–5304.  MILLS ET AL. *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 81–5306.  HELZER *v.* MICHIGAN.  C. A. 6th Cir.  Certiorari denied.